TOM E. WILSON (CA SBN 73188)
TWilson@mofo.com
JOSHUA A. GORDON (CA SBN 199763)
JGordon@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzález@mofo.com
JAMES E. BODDY, JR. (CA SBN 65244)
JBoddy@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
PANDA RESTAURANT GROUP, INC., and
PANDA EXPRESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANGELICA DE LOS SANTOS; LUCIA SALAZAR; DASHA BAYS; individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PANDA EXPRESS, INC., a California corporation; PANDA RESTAURANT GROUP, INC., a California corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV-10-1370 SBA (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO COMPEL**<br><br><u>Original Hearing</u><br>Date: December 21, 2010<br>Time: 9:00 a.m.<br>Dept.: Courtroom E, 15th Floor, San Francisco<br><br><u>Stipulated New Hearing</u><br>Date: January 11, 2011<br>Time: 9:00 a.m.<br>Dept.: Courtroom E, 15th Floor, San Francisco<br>Judge: Magistrate Judge Elizabeth D. Laporte<br><br>Action Filed: March 31, 2010 |

STIPULATION AND PROPOSED ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO COMPEL
CASE NO. CV-10-1370 SBA (EDL)
pa-1437446

| | |
|---|---|
| 1 | Plaintiffs Angelica De Los Santos, Lucia Salazar and Dasha Bays (collectively |
| 2 | "Plaintiffs") and Defendants Panda Express Inc. and Panda Restaurant Group, Inc. (collectively, |
| 3 | "Defendants") (Plaintiffs and Defendants collectively referred to as the "Parties"), by and through |
| 4 | their respective counsel of record, hereby stipulate and agree to continue the hearing on Plaintiffs' |
| 5 | Motion to Compel currently set for December 21, 2010 at 9:00 a.m. in Courtroom E of the above- |
| 6 | entitled Court to January 11, 2011 at 9:00 a.m. in Courtroom E, in order to provide additional |
| 7 | time to resolve remaining open issues.  The Parties further stipulate and agree to file with the |
| 8 | Court a Joint Submission outlining the remaining issues, if any, after the Parties' continued meet |
| 9 | and confer efforts.  The Parties will file this Joint Submission no later than December 21, 2010. |

Dated: December 14, 2010

ARTURO J. GONZÁLEZ
TOM E. WILSON
JAMES E. BODDY, JR.
JOSHUA A. GORDON
MORRISON & FOERSTER LLP

By: /s/ James E. Boddy, Jr.
JAMES E. BODDY, JR.

Attorneys for Defendants
PANDA RESTAURANT GROUP,
INC., and PANDA EXPRESS, INC.

Dated: December 14, 2010

MATTHEW RIGHETTI
JOHN GLUGOSKI
RIGHETTI • GLUGOSKI, P.C.

By: /s/ Matthew Righetti
MATTHEW RIGHETTI

Attorneys for Plaintiffs
ANGELICA DE LOS SANTOS;
LUCIA SALAZAR; DASHA BAYS

STIPULATION AND PROPOSED ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO COMPEL
CASE NO. CV-10-1370 SBA (EDL)
pa-1437446

2

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | For good cause shown, the hearing on Plaintiff's motions to compel is continued to |
| 3 | January 11, 2011 at 9:00 a.m. |
| 4 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 5 | Dated: Dec. 15, 2010 _____ |
| 6 | *Elizabeth D. Laporte* _____ |
| 7 | Magistrate Judge Elizabeth D. Laporte<br>United States District Court |

STIPULATION AND PROPOSED ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO COMPEL
CASE NO. CV-10-1370 SBA (EDL)
pa-1437446

3